**Filed 9/5/96**

# UNITED STATES COURT OF APPEALS

# TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

    v.

LESTER H. MOWER,

    Defendant - Appellant.

No. 95-4037

D. Utah

(D.C. No. 93-CR-40)

---

# ORDER AND JUDGMENT[*]

---

Before **ANDERSON**, **BARRETT**, and **MURPHY**, Circuit Judges.

---

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal.  See Fed. R. App. P. 34 (a); 10th Cir. R. 34.1.9.  This cause is therefore ordered submitted without oral argument.

---

[*]This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Both parties agree that this case should be remanded to the district court for the limited purpose of correcting a clerical error in the written judgment. Accordingly, the case is hereby REMANDED to the district court.

ENTERED FOR THE COURT


Stephen H. Anderson
Circuit Judge